UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                            Case No.  04-80392
                                                              Hon: AVERN COHN

KARTHIKENYAN RAMACHANDRAN,

     Defendant.

_____/

### ORDER DENYING GOVERNMENT'S MOTION RE: EXPERT WITNESS

This is a criminal case.  Defendant is charged with a violation of Title 18 USC §§2422(b) and 2423(d).  Before the Court is the government's Motion *In Limine* to Exclude Expert Witness.  Defendant has responded.  The Court held an evidentiary hearing on the motion on April 11, 2005, at which time the expert was *voir dired*.

Given the unique circumstances of the case as reflected in the likely evidence at trial, as well as the apparent lack of social skills and contacts of defendant, together with his lack of acculturation and familiarity with the cultural norms prevalent in the United States, the expert's proposed testimony will assist the jury in its decision-making function under the applicable instructions.

Accordingly, the government's motion is DENIED without prejudice as to removal at or during trial.

SO ORDERED.

                                s/Avern Cohn
Dated:  August 4, 2005                          AVERN COHN
                                                UNITED STATES DISTRICT JUDGE